IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| In re: | * | |
| PLACIDO SALAZAR, *et al.*, | * | Case No. 10-10165-TJC<br>Chapter 13 |
| Debtors. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| PLACIDO SALAZAR, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Adv. Proc. No.: 10-00101-TJC |
| FIRST RESIDENTIAL MORTGAGE SERVICES CORPORATION, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FIRST RESIDENTIAL MORTGAGE SERVICES
CORPORATION'S MOTION TO STRIKE COUNT 7 AND THE AMENDMENTS TO
PARAGRAPHS 6, 7, 28, 80, AND 81 OF PLAINTIFFS' THIRD AMENDED COMPLAINT**

Defendant First Residential Mortgage Services Corporation ("First Residential"), by and through its undersigned attorneys and pursuant to Fed. R. Civ. P. 15(a), made applicable to these proceedings by Rule 7012 of the Federal Rules of Bankruptcy Procedure, hereby moves to strike Count 7 of Plaintiffs' Third Amended Complaint and the revisions and additions to paragraphs 6, 7, 28, 80 and 81.

In support of its motion, First Residential adopts and incorporates by reference the Motion to Dismiss Counts 3 Through 6 of Plaintiffs' Third Amended Complaint and to Strike All Other Amendments filed by Defendants Wells Fargo Bank, NA, as Trustee for Certificate Holders of Bear

1

Stearns Asset Backed Securities I, LLC, Asset Backed Certificates, Series 2007-AC2 and EMC Mortgage Corporation filed on April 27, 2011 (Docket No. 84) as it relates to Count 7 and the revisions and additions to paragraphs 6, 7, 28, 80, and 81 of Plaintiffs' Third Amended Complaint.

WHEREFORE, Defendant First Residential Mortgage Services Corporation respectfully requests that this Court enter an Order:

(1) granting First Residential Mortgage Services Corporation's motion to strike;

(2) striking Count 7 of Plaintiffs' Third Amended Complaint;

(3) striking Plaintiffs' amendments to paragraphs 6, 7, 28, 80, and 81 of Plaintiffs' Third Amended Complaint; and

(4) granting such other and further relief as is just.

Respectfully submitted,

/s/ John Y. Lee
George F. Ritchie (Fed. Bar No. 22408)
John Y. Lee (Fed. Bar No. 28313)
GORDON, FEINBLATT, ROTHMAN,
 HOFFBERGER & HOLLANDER, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202-3332
Telephone No.: 410/576 - 4197
Fax No.: 410/576 - 4269
Email: jlee@gfrlaw.com
*Attorneys for Defendant First Residential Mortgage Services Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2011, a copy of the foregoing Motion to Strike Count 7 of was electronically filed in this case and was served by the Court's ECF System on:

>Robert J. Haeger, Esquire,
>9535 Fern Hollow Way,
>Gaithersburg, Maryland 20886-1430
>*Attorneys for Plaintiffs Placido and Maria Salazar*
>
>Patricia A. Borenstein, Esquire
>Derek P. Roussillon, Esquire
>Miles & Stockbridge, P.C.
>10 Light Street
>Baltimore, Maryland 21202
>*Attorneys for Wells Fargo Bank, NA and EMC Mortgage Corporation*
>
>Michael N. Russo, LR.
>Council, Baradel, Kosmerl & Nolan, P.A.
>125 West Street, 4th Floor
>P.O. Box 2289
>Annapolis, Maryland 21204
>*Attorneys for Third-Party Defendant First American Title Insurance Co., Inc.*
>
>Excelente Settlements, Inc.
>401 N. Washington Street, Suite 950
>Rockville, Maryland 20850
>*Third-Party Defendant*

/s/ John Y. Lee