UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT GREENBELT

| | |
|---|---|
| In re: | : |
| Placido Salazar and<br>Maria N. Salazar | :<br>: Case No. 10-10165-TJC |
| Debtors | : Chapter 13 |
| Placido Salazar and<br>Maria N. Salazar | :<br>: |
| Plaintiffs | : |
| vs. | : Adv. Proc. No. 10-00101-TJC |
| First Residential Mortgage Services Corp., et al. | : |
| Defendants | : |

**JOINT MOTION TO CONTINUE JANUARY 12, 2012 HEARING AND ASSIGN MATTER TO THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM**

Plaintiffs, Placido Salazar and Maria N. Salazar, Defendants Wells Fargo Bank, NA, as Trustee for Certificate Holders of Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificates, Series 2007-AC2 ("Wells Fargo"), EMC Mortgage Corporation ("EMC"), First Residential Mortgage Services Corp. ("First Residential"), and Third Party Defendant First American Title Insurance Company ("First American"), by and through their undersigned counsel, jointly move to continue the January 12, 2012 motion hearing until conclusion of mediation, and to refer this matter to mediation, and in support state as follows:

1.  Defendants Wells Fargo, EMC and First Residential filed Motions to Dismiss and Strike certain portions of Plaintiffs' Third Amended Complaint.

2.  On May 16, 2011, Plaintiffs filed Oppositions to Defendants' motions.

3. Counsel for all parties have been engaged in settlement discussions. Plaintiffs' counsel has represented that as part of a settlement, his clients are interested in obtaining a loan modification from Defendant Wells Fargo. Plaintiffs' counsel submitted Plaintiffs' application to obtain a loan modification and has continued to submit additional documents and information to facilitate the application process.

4. In order to promote settlement and work toward a resolution of this matter without expending additional legal fees in litigating this action, all parties desire referral of this matter to the Bankruptcy Dispute Resolution Program. The parties agree that all motions and defenses are preserved. Should this matter not be resolved through mediation and settlement, the parties will notify the Court with a request that the subject motions hearing be rescheduled within 30 days.

5. This request to continue the January 12, 2012 hearing date and refer this matter to mediation is not for purposes of delay, or the result of neglect of the trial schedule in this case. Although the additional time requested will slightly delay this proceeding, the parties submit that the additional time is in the interests of the fair administration of justice. Specifically, it will enable the parties to pursue resolution of this matter short of trial or further hearings.

6. No party will be prejudiced should the Court grant this request.

WHEREFORE, the parties jointly request that the Court enter the attached proposed Order continuing the January 12, 2012 hearing and refer this matter to the Bankruptcy Dispute Resolution Program.

Respectfully submitted,

/s/ Robert J. Haeger, January 10, 2012
Robert J. Haeger, Fed. Bar No. 25434
11403 Seneca Forest Circle
Germantown, MD 20876

(888) 463-3520; www.haegerlaw.com
Attorney for Plaintiffs


/s/ John Y. Lee
John Y. Lee
Fed. Bar No. 22408
Gordon Feinblatt Rothman Hoffberger & Hollander, LLC
233 E. Redwood St.
Baltimore, MD 21202

Attorneys for First Residential Mortgage Services Corp.

/s/ Michael N. Russo, Jr.
Michael N. Russo, Jr.
Fed. Bar No. 07322
Council, Baradel, Kosmerl & Nolan, P.A.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, Maryland 21404-2289

Attorneys for First American Title Insurance Company

/s/ Derek P. Roussillon
Derek P. Roussillon
Patricia A. Borenstein
Fed. Bar No. 27668
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, Maryland 21202

Attorneys for Defendants Wells Fargo and EMC


CERTIFICATE OF SERVICE

　　　　I hereby certify that a copy of the foregoing will be served electronically on all parties by the CM/ECF system.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Robert J. Haeger, January 10, 2012*
　　　　　　　　　　　　　　　　　　　　　　　　Robert J. Haeger

3