

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| PLACIDO SALAZAR, MARIA N. SALAZAR, | * | Case No. 10-10165 TJC |
| | * | Chapter 13 |
| *Debtors.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| PLACIDO SALAZAR and MARIA N. SALAZAR, | * | |
| | * | Adversary Proceeding No. 10-00101 |
| *Plaintiffs,* | * | |
| v. | * | |
| FIRST RESIDENTIAL MORTGAGE, *et al.*, | * | |
| | * | |
| *Defendant.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION TO SUBSTITUTE PARTY

This matter having come before the Court on the motion to substitute party of JPMorgan Chase Bank, N.A., to become a defendant in this case in place of EMC Mortgage Corporation, and the Court

having considered the motion and any opposition filed thereto, and having determined that good cause exists to grant the motion to substitute party, it is,

**ORDERED**,

1. JPMorgan Chase Bank, N.A.'s motion to substitute party is **GRANTED**.

2. JPMorgan Chase Bank, N.A. is substituted as a defendant in this case in place of EMC Mortgage Corporation and EMC Mortgage Corporation is **DISMISSED**.

cc:  Robert Haeger, Esq.
   *Attorney for Debtors/Plaintiffs*
Chad King, Esq.
   *Attorney for Defendants*
   *Wells Fargo Bank, N.A. and JPMorgan Chase Bank, N.A.*
John Lee, Esq.
Susan J. Klein, Esq.
   *Attorneys for Defendant/Third Party Plaintiff*
   *First Residential Mortgage Services Corporation*
Michael N. Russo, Jr., Esq.
   *Attorneys for Third Party Defendant/Cross-Claimant*
   *First American Title Insurance Co. Inc.*
Nancy Spencer Grigsby, Esq.
   *Chapter 13 Trustee*
Excellente Settlements, Inc.
   *Defendant*

**END OF ORDER**